PER CURIAM.

(No. 75-CC-900— )

IRWIN S. THORNTON, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF REGISTRATION AND EDUCATION, Respondent.

*Opinion filed April 11, 1975.*

Irwin S. Thornton, Claimant, pro se.

William J. Scott, Attorney General; William J. Karaganis, Assistant Attorney General, for Respondent.

Per Curiam.